## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA     :        3:26-CV-00758-SVN
    *Plaintiff*              :
                     :
    v.                  :
                     :
STATE OF CONNECTICUT, ET AL.    :
    *Defendants.*             :        MAY 27, 2026

### DEFENDANTS' REQUEST FOR A PRE-FILING STATUS CONFERENCE

Pursuant to Fed. R. Civ. P. 16(a) and Local Rule 16, Defendants State of Connecticut, Governor Ned Lamont, Attorney General William Tong, Chief State's Attorney Patrick Griffin, and Inspector General Eliot Prescott ("Defendants") respectfully request that the Court schedule a brief status conference on or before June 3, 2026, to discuss Plaintiff's Motion for Preliminary Injunction (ECF No. 12). Defendants submit that holding a status conference is in the interest of judicial economy, as the parties should discuss scheduling, a briefing schedule,[1] jurisdictional deficiencies in the Complaint, and Defendants' proposal that the preliminary injunction be consolidated with the merits pursuant to Fed. R. Civ. Pro. 65(a)(2). Plaintiff, the United States of America, has not responded to Defendants' inquiry regarding their position on this motion.

Plaintiff filed the Complaint on May 15, 2026. ECF No. 1. The Complaint contends that certain portions of Connecticut's Public Act 26-14 violate the

---

[1] Defendants' response to Plaintiff's motion for preliminary injunction is due June 12, 2026. In light of this request for a status conference and anticipated case management schedule proposal, Defendants intend to seek an extension of this deadline in the event a schedule is not set at any such conference.

Supremacy Clause and must be enjoined. *See* ECF No. 1, Pgs. 1-3. Plaintiff seeks declaratory relief and a permanent injunction. *Id.*, Pg. 17. A week later, on May 22, 2026, Plaintiff filed a motion for preliminary injunction, seeking preliminary injunctive relief on all claims.

Defendants respectfully request that the Court schedule a status conference in this matter. First, Defendants anticipate raising jurisdictional arguments regarding the sufficiency of Plaintiff's pleadings and claims. Second, Defendants submit that the parties and Court should discuss combining Plaintiff's motion for preliminary injunction with the merits pursuant to Fed. R. Civ. Pro. 65(a)(2). *See Succow v. Bondi*, No. 3:25-cv-250 (SVN), 2025 U.S. Dist. LEXIS 85973, at *3 (D. Conn. May 6, 2025) (*Nagala, J.*) (ordering preliminary injunction to be consolidated with the merits). Third, given these issues, Defendants submit the parties and the Court should discuss an appropriate scheduling order on these matters.

Defendants' counsel contacted Plaintiff's counsel to determine their position on this request. Plaintiff's counsel did not respond. Defense counsel is available and suggests the following dates for a remote status conference: any time on Thursday, May 28, 2026, Friday, May 29, 2026, or Tuesday, June 2, 2026, or Monday, June 1, 2026, at 12pm.

Accordingly, Defendants respectfully request that the Court schedule a status conference to discuss these matters.

> Respectfully submitted,
> DEFENDANTS,
>
> WILLIAM TONG

2

ATTORNEY GENERAL

By:    /s/ *Timothy Holzman*
Timothy Holzman (ct30420)
Janelle Medeiros (ct30514)
Edward Rowley (ct30701)
Assistant Attorneys General
Attorney General's Office
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Tel:  (860) 808-5020
Fax: (860) 808-5347
Janelle.Medeiros@ct.gov
Timothy.Holzman@ct.gov
Edward.Rowley@ct.gov

## CERTIFICATION

I hereby certify that on May 27, 2026, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

U.S. DOJ-Civ
Alexandra Schulte
P.O. Box 386, Ben Franklin Station
Washington, DC 20044
alexandra.schulte@usdoj.gov


/s/ *Janelle Medeiros*
Janelle Medeiros (ct30514)
Assistant Attorney General