**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 3:26-cv-758 |
| v. | **NOTICE OF COMPLIANCE** |
| STATE OF CONNECTICUT; NED LAMONT, Governor of Connecticut, in his official capacity; WILLIAM TONG, Attorney General of Connecticut, in his official capacity; PATRICK GRIFFIN, Chief State's Attorney of Connecticut, in his official capacity; and ELIOT D. PRESCOTT, Deputy Chief State's Attorney, Inspector General, in his official capacity, | |
| Defendants. | |

On July 6, 2026, Plaintiff United States of America produced to Defendants copies of the policies required by this Court's Order in ECF 23. Certain of the policies were designated Confidential under the standing protective order entered in this case, ECF 6, and were redacted for law enforcement privilege and personally identifying information. A privilege log was subsequently produced detailing the privilege claims for the redactions.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHARLES E.T. ROBERTS
Counsel to the Assistant Attorney General
Civil Division

*/s/Alexandra McTague Schulte*
ALEXANDRA MCTAGUE SCHULTE
Senior Litigation Counsel (NY Bar No. 4342911)
U.S. Department of Justice
Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC  20044-0386
Tel: (202) 718-0483
Email: alexandra.schulte@usdoj.gov

*Attorneys for the United States of America*

2