## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:26-CV-00758-SVN |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, ET AL. | : | |
| *Defendants.* | : | JULY 13, 2026 |

## DEFENDANTS' MOTION TO DISMISS

Defendants, the State of Connecticut ("Connecticut") along with the Governor Ned Lamont, Attorney General William Tong, Chief State's Attorney Patrick Griffin, and Inspector General Eliot Prescott file this motion to dismiss in full the action brought by Plaintiff, United States. Through this suit, the United States seeks to facially invalidate Sections 3, 4, 5, and 6 Connecticut's Senate Bill 397, enacted as Public Act 26-14, as unconstitutional pursuant to the Supremacy Clause. But it has failed to establish it has standing to challenge these sections, and names improper parties in this suit that must be dismissed. For these reasons set forth more fully in the accompanying memorandum of law, the Court should grant the Defendants' Motion to Dismiss.

Respectfully submitted,
DEFENDANTS

WILLIAM TONG
ATTORNEY GENERAL

By: /s/ *Janelle Medeiros*
Janelle Medeiros (ct30514)
Timothy Holzman (ct30420)
Edward Rowley (ct30701)
Assistant Attorneys General
Office of the Attorney General
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Tel:  (860) 808-5020
Fax: (860) 808-5347
E-mail: Janelle.Medeiros@ct.gov
Timothy.Holzman@ct.gov
Edward.Rowley@ct.gov

## CERTIFICATION

I hereby certify that on July 13, 2026, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

U.S. DOJ-Civil Rights Dept.
Alexandra Schulte
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Alexandra.Schulte@usdoj.gov

/s/ *Janelle Medeiros*
Janelle Medeiros (ct30514)
Assistant Attorney General