# Exhibit 10

*FBI's October 17, 2026 Public Safety Awareness Report*

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

FEDERAL BUREAU OF INVESTIGATION       OFFICE OF PARTNER ENGAGEMENT       PUBLIC SAFETY AWARENESS REPORT



**PUBLIC SAFETY AWARENESS REPORT**
FEDERAL BUREAU OF INVESTIGATION
OFFICE OF PARTNER ENGAGEMENT

(U) PREPARED BY THE FBI OFFICE OF PARTNER ENGAGEMENT AND FBI NEW YORK

**17 OCTOBER 2026**
[OPE-26-SA-02]



(U) Warning: This document is classified: UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE. The information marked (U//LES) in this document is the property of the Federal Bureau of Investigation and may be distributed within the Federal Government (and its contractors), US intelligence, law enforcement, public safety or protection officials and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Rec

(U) Public Safety Awareness Report template approved for fiscal year 2026, as of 1 OCTOBER 2025.
(U) Please direct comments and queries regarding this product to the FBI Office of Partner Engagement's Enhanced Engagement Unit at **PSAR_Production@fbi.gov**. Press or media inquiries should be directed to **NPO@fbi.gov**.

## (U//FOUO) Criminal Actors Impersonate ICE Agents to Commit Violent Crime

### (U) SITUATIONAL AWARENESS

(U//LES) This Situational Awareness report informs state, local, and federal law enforcement (LE) partners about criminal actors impersonating ICE agents to commit violent crime. Due to the recent increase in ICE enforcement actions across the country, criminal actors are using ICE's enhanced public profile and media coverage to their advantage to target vulnerable communities and commit criminal activity. This not only effects the victims and communities but also has broader negative consequences on law enforcement agencies. These criminal impersonations make it difficult for the community to distinguish between legitimate officers conducting lawful law enforcement action and imposters engaging in criminal activity, which damages trust between the local community and law enforcement officers.

- (U//FOUO) As of 7 August 2025, three unknown subjects wearing all black, including black vests claimed to be immigration officers and robbed an ATM located in a restaurant in New York. The subjects tied one victim's hands together and

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

Shapiro

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

placed a garbage bag over their head. A second victim was upstairs when the break-in happened but upon hearing the subjects' claim they were immigration officers came downstairs and surrendered to the subjects. The victim was kicked to the ground, had their hands tied, and realized the subjects were not actually immigration officers and robbing the restaurant. [1]

- (U//LES) As of 14 April 2025, an individual impersonated an ICE agent and threatened immigrants. The individual from New York posted a photo of themselves on social media wearing an ICE jacket standing outside of an identified home improvement retailer corporation with the caption "It's my 14th shift and all the illegal aliens are gone! It worked!" A separate post on a different social media platform revealed the same subject posted a picture of himself wearing an ICE jacket with the caption "No. I'm not ice." [2]

- (U) As of 21 April 2025, an individual in Florida pretended to be an ICE agent and kidnapped a female victim who was in the process of becoming a legal US resident. The subject approached the victim and claimed she was there to pick up the victim. The subject unzipped their jacket and revealed a shirt that said ICE. The victim believed the subject was a real ICE agent and got in the car with the subject. The victim was taken to an apartment complex by the subject but was able to escape.[3]

- (U) As of 13 February 2025, an individual claiming to be an ICE agent approached a Hispanic woman in Brooklyn, New York. The individual directed the woman to a nearby stairwell where the individual punched her, tried to rape her, and stole her purse and cellphone. The individual was arrested by the NYPD and charged with rape, robbery, assault, burglary and criminal possession of stolen property.[4]

- (U) As of 29 January 2025, a subject was arrested in North Carolina for impersonating an ICE agent and sexually assaulting a woman. The subject allegedly entered the victim's motel room and threated to deport the woman if she did not have sex with him. The subject told the victim he was a sworn law enforcement officer and showed her his business card with badge on it. [5]

## (U) CONSIDERATIONS

(U) The following indicators include, but are not limited to any individual, or group; these indicators should be observed in context. An indicator alone does not accurately determine this threat activity; organizations should evaluate the totality of the suspicious behavior:

- (U) Individuals with suspicious/false identification or credentials (i.e. the photo does not match, the material appears fake).

- (U) Individuals with outdated, incorrect protective gear or equipment.

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

- (U) Use of cloned emergency vehicles where the identifiers (decals, markings, logos, lights. license plates) differ from the official government vehicles.

- (U) Social Media posts from illegitimate or fraudulent sources claiming to be a government or law enforcement authority, advertising efforts to imitate or act as ICE to intimidate vulnerable communities.

## (U) OPPORTUNITIES

(U//FOUO) In addressing the ICE Impersonation schemes, law enforcement has the opportunity to:

- (U//FOUO) Coordinate with local, state, and federal law enforcement agencies regarding immigration operations in the area to help verify legitimate vs. non legitimate operations.

- (U//FOUO) Conduct community outreach programs to raise awareness of impersonation schemes and what to do in case they are targeted. Community outreach efforts boost the law enforcement's image and helps the community recognize officials in their area to counteract potential damage or mistrust caused by impersonators.

- (U) Conduct public awareness campaigns to educate and train the community on common impersonation tactics.

- (U//FOUO) Ensure law enforcement personnel adequality identify themselves during operations and cooperate with individuals who request further verification, such as calling their local precinct to verify the officer's identity.

## (U) RESOURCES

- (U) To report any leads, threats, and suspected criminal activity, you may also visit https://tips.fbi.gov/ or contact your local FBI Office: https://www.fbi.gov/contact-us. **Note:** *This website cannot be used to report emergencies or immediate threat to life. For emergencies or immediate threat to life, please call 911*

- (U) We also encourage the law enforcement use of the unclassified information sharing system **eGuardian** for reporting suspicious activity reports (SARs) to the FBI. Access eGuardian via the Law Enforcement Enterprise Portal (LEEP): https://www.cjis.gov/. If the information is urgent in nature, then please contact your local FBI field office directly and follow up with an eGuardian report.

(U) THE INFORMATION IN THIS PUBLIC SAFETY AWARENESS REPORT (PSAR) PREPARED BY THE FBI OFFICE OF PARTNER ENGAGEMENT AND THE NEW YORK FIELD OFFICE, IS PROVIDED TO ENHANCE PUBLIC SAFETY AND FOR SITUATIONAL AWARENESS PURPOSES ONLY. NO INFORMATION CONTAINED IN THIS PSAR, NOR ANY INFORMATION DERIVED THEREFROM, MAY BE USED IN ANY PROCEEDING (WHETHER CRIMINAL OR CIVIL), TO INCLUDE ANY TRIAL, HEARING, OR OTHER PROCEEDING BEFORE ANY COURT, DEPARTMENT,

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

Shapiro

000004

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

AGENCY, REGULATORY BODY, OR OTHER AUTHORITY OF THE UNITED STATES WITHOUT PRIOR APPROVAL FROM THE FBI. THESE RESTRICTIONS APPLY TO ANY INFORMATION EXTRACTED FROM THIS DOCUMENT AND USED IN DERIVATIVE PUBLICATIONS OR BRIEFINGS.

## (U) END NOTES

[1] (U//FOUO) FBI | Case Information | 8 September 2025 | 7 August 2025 | "[TITLE REDACTED]" | UNCLASSIFIED//FOR OFFICIAL USE ONLY | UNCLASSIFIED//FOR OFFICIAL USE ONLY.
[2] (U//LES) FBI | Case Information | 18 April 2025 | 18 April 2025 | "[TITLE REDACTED]" | UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE | UNCLASSIFIED//LAW ENFORCEMENT SENSTIVE.
[3] (U) News Article | Miami Herald | "Woman Poses as ICE Agent to Kidnap Ex-boyfriend's Wide at Work, Florida Cops Say" | 21 April 2025 | https://www.miamiherald.com/news/state/florida/article304699521.html | accessed on 26 August 2025.
[4] (U) News Article | ABC7NY | "Man arrested in attempted rape after allegedly posing as ICE agent in Brooklyn" | 13 February 2025 | https://abc7ny.com/post/brooklyn-heights-attack-man-arrested-attempted-rape-allegedly-posing-ice-agent/15902769/ | accessed on 26 August 2025.
[5] (U) News Article | WBTV | "Man Accused of Impersonating ICE Officer, Sexually Assaulting Woman at Raleigh Motel" | 29 January 2025 | www.wbtv.com/2025/01/29/man-accused-impersonating-ice-officer-sexually-assaulting-woman-raleigh-motel/ | accessed on 26 August 2025.

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

Shapiro

# PSAR Product Feedback Form



*Fill in the below fields with as much detail as possible.*

*Public Safety Awareness Reports (PSARs) share information and intelligence to enhance awareness of FSLTT law enforcement, intelligence, and homeland security customers.*

**Your input will help OPE continue to improve future PSARs.**



| | |
|---|---|
| **YOUR AGENCY:** *(enter your employer name)* | |
| **PUBLIC SAFETY CATEGORY:** *(choose from the listing)* | Select from listing... |
| **PSAR PRODUCT ID:** | |
| **PSAR USE:** How do you plan to use the information in this PSAR to support your agency's public safety mission? | ☐ Observe, identify, and/or disrupt threats <br> ☐ Share with law enforcement, intelligence, and/or homeland security partners <br> ☐ Allocate more resources (e.g., personnel, equipment) <br> ☐ Initiate your own analysis in developing an analytical product <br> ☐ To better understand or reprioritize law enforcement investigations <br> ☐ Author or adjust policies, guidelines, preparedness efforts, training, and other response plans <br> ☐ Do not plan to use <br> ☐ Other: |
| **What are your recommendations to improve PSAR products?** | |
| **Do you have new PSAR topic suggestions? Please share your ideas:** | |
| **Please share any other comments, thoughts, or questions with us:** | |

**SUBMIT**

FEDERAL BUREAU OF INVESTIGATION

Shapiro