# Exhibit 11

*U.S. Marshals Service November 20, 2025 Impersonation Alert*

Skip to main content

🇺🇸 An official website of the United States government

Here's how you know

Search

# U.S. Marshals Service



≡ MENU

U.S. Marshals Service

Justice. Integrity. Service.

U.S. Department of Justice



☀

# Real Officers Have Nothing to Hide: If In Doubt, Ask to Verify

## For immediate release

—— NOVEMBER 20, 2025

## Ryan Guay, Supervisory Deputy U.S. Marshal

District of Maine

(207) 780-3355

Below is public guidance on how citizens can verify whether an individual is a legitimate law enforcement officer. This guidance reflects the ongoing commitment of the Memphis Safe Task Force and the Tennessee Bureau of Investigation (TBI) to ensure accountability and build safer communities through transparency and collaboration, particularly as plainclothes officers and unmarked vehicles are currently operating in Memphis.

## Key Safety Tips for the Public:

- **Proper Identification:** Real officers will identify themselves, state their agency, and explain the reason for the stop. They carry both a badge and agency-issued ID — always ask to see both. Officers should provide their badge number and agency name (Sheriff's Office, Police Department, USMS, FBI, TBI, etc.). Be cautious if they refuse.

- **Uniforms & Equipment:** Radios, marked vehicles, and standard gear are common indicators. Even in plain clothes, officers must identify themselves once enforcement begins. If the officer is in an unmarked vehicle and you feel unsafe, request a marked unit to respond.

- **Verification Options:** If in doubt, call 911 or the agency's non-emergency line to verify the officer's identity and purpose. Legitimate officers will wait until credentials are confirmed.

- **Behavioral Cues:** Legitimate officers explain the reason for the stop and will never demand money, request wire transfers, or ask for personal financial information, passwords, or social media access.

- **Trust Your Instincts:** If something feels off, drive to a well-lit, public location such as a busy store parking lot before stopping.

- **Compliance in High-Risk Situations:** If you are unlawfully armed or sought for a violent offense, the safest and most responsible course of action is to comply with law enforcement commands and then seek these verification steps. Compliance protects lives and ensures the situation is resolved safely.

Additional information about the U.S. Marshals Service can be found at https://www.usmarshals.gov.

####

America's First Federal Law Enforcement Agency

## WHO WE ARE

### About Us

Leadership

U.S. Marshals' Biographies

### History

### Contact Us

District Offices

Headquarters

Office of Professional Responsibility

### Business with U.S. Marshals

Helpful Procurement Sites

What Do We Buy?

Ten Steps to Doing Business with the USMS

## WHAT WE DO

### Judicial Security

National Center for Judicial Security

Visiting a Courthouse

Protective Investigations - Threat Statistics

### Custody of Prisoners

Operation

Suicide Prevention Program

Transportation

COVID-19 Prisoner Statistics

### Fugitive Investigations

15 Most Wanted Fugitives

Fugitive Task Forces

Most Wanted International Sex Offenders

International Operations

Criminal Intelligence

International Megan's Law (IML)

Submitting a Tip

E-mail notification

Profiled Fugitives

### Witness Security

Victim Witness Assistance Program

Asset Forfeiture

Equitable Sharing Payments

Vendor Request Form

Tactical Operations

Canine (K9) Operations

Body Worn Camera Program Office

Service of Process

Northern District of California - Civil Division

Victim Witness Assistance Program

## CAREERS

### Administrative Positions

Administrative Careers Job Board

### Federal Enforcement Officer

### Aviation Enforcement Officer

### Detention Enforcement Officer

### Deputy U.S. Marshals

### Internships

### Equal Employment Opportunity

## DISTRICTS

## NEWS

Media Advisory

Most Wanted News

News Releases

Speeches

Stories

## RESOURCES

Employees

Brochures

Fact Sheets

Photo Gallery

Video Gallery

Publications

Forms

Policy Directives

Reports

U.S. Marshals List

Guideline

Infographics

## HEADQUARTERS

1215 S. Clark St.

Arlington, VA 22202

(202) 307-9100

## FOLLOW US

      

ACCESSIBILITY

FREEDOM OF INFORMATION

BUDGET AND PERFORMANCE

PRIVACY POLICY

LEGAL POLICIES AND DISCLAIMERS

REPORT FRAUD, WASTE AND ABUSE

NO FEAR ACT

ERULEMAKING

USDOJ.GOV

ETHICS

SITEMAP

Have a question about government services? Contact USA.gov

**usmarshals.gov is an official site of the U.S. Federal Government, U.S. Department of Justice**