AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut        ▼

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:26cv758-VDO |
| State of Connecticut, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Saifullah Khan, proposed intervenor defendant.                                                      .

Date:      07/23/2026

/s/Alexander T. Taubes
*Attorney's signature*

Alexander T. Taubes ct30100
*Printed name and bar number*
470 James St., Ste 007
New Haven, CT 06513


*Address*

alextt@gmail.com
*E-mail address*

(203) 909-0048
*Telephone number*


*FAX number*