UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 3:26-cv-758 (VDO) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT; NED | : | July 23, 2026 |
| LAMONT, Governor of Connecticut, in his | : | |
| official capacity; WILLIAM TONG, | : | |
| Attorney General of Connecticut, in his | : | |
| official capacity; PATRICK GRIFFIN, | : | |
| Chief State's Attorney of Connecticut, in | : | |
| his official capacity; and ELIOT D. | : | |
| PRESCOTT, Deputy Chief State's | : | |
| Attorney, Inspector General, in his official | : | |
| capacity, | : | |
| Defendants. | : | |

**MOTION OF SAIFULLAH KHAN TO INTERVENE AS A DEFENDANT**

Saifullah Khan respectfully moves for leave to intervene in this action as a defendant—as of right under Federal Rule of Civil Procedure 24(a)(2) or, in the alternative, with the Court's permission under Rule 24(b)(1)(B). As Rule 24(c) requires, this motion states the grounds for intervention and is "accompanied by a pleading that sets out the claim or defense for which intervention is sought": Mr. Khan's proposed Answer is attached as Exhibit A. A memorandum of law accompanies this motion pursuant to D. Conn. L. Civ. R. 7(a), together with the Declaration of Saifullah Khan. Mr. Khan does not seek any change to the briefing schedule now in place, and he will take the case as he finds it.

Pursuant to this Court's practice, counsel for Mr. Khan has conferred with counsel for the parties concerning this motion. Neither consents: the United States and the defendants have each stated that they oppose intervention. The accompanying memorandum addresses their opposition.

1

WHEREFORE, Mr. Khan respectfully requests that the Court grant him leave to intervene as a defendant and direct the Clerk to file the attached Answer.

Respectfully submitted,

THE PROPOSED INTERVENOR-DEFENDANT,
SAIFULLAH KHAN

By:  /s/ Alexander T. Taubes
Alexander T. Taubes, Esq.
470 James Street, Suite 007
New Haven, Connecticut 06513
Tel. (203) 909-0048
alextt@gmail.com
Federal Bar No. ct30100