UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 3:26-cv-758 (VDO) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT; NED | : | July 23, 2026 |
| LAMONT, Governor of Connecticut, in his | : | |
| official capacity; WILLIAM TONG, | : | |
| Attorney General of Connecticut, in his | : | |
| official capacity; PATRICK GRIFFIN, | : | |
| Chief State's Attorney of Connecticut, in | : | |
| his official capacity; and ELIOT D. | : | |
| PRESCOTT, Deputy Chief State's | : | |
| Attorney, Inspector General, in his official | : | |
| capacity, | : | |
| Defendants. | : | |

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**

Upon consideration of the Motion of Saifullah Khan to Intervene as a Defendant, the memorandum of law, declaration, and exhibits submitted in support, and any opposition thereto, it is hereby ORDERED:

1. The motion is GRANTED. Saifullah Khan is permitted to intervene as a defendant in this action under Federal Rule of Civil Procedure 24.

2. The Clerk shall docket the Answer submitted as Exhibit A to the motion as the Answer of Intervenor-Defendant Saifullah Khan.

3. Intervention is subject to the following conditions, which Mr. Khan has accepted: (a) he shall propound no discovery without leave of Court; (b) he shall not seek the continuance of any date or deadline now set; (c) his briefing shall be presented in single, consolidated memoranda

within the page limits of D. Conn. L. Civ. R. 7; and (d) he shall request no hearing beyond those the Court schedules.

4. Mr. Khan takes the case as he finds it: the briefing schedule now in place, including the argument scheduled for August 25, 2026, is unchanged.

SO ORDERED.

Dated: this _____ day of _____, 2026, at Hartford, Connecticut.


_____
Hon. Vernon D. Oliver
United States District Judge

2