**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

THE UNITED STATES OF AMERICA,

        Plaintiff,

    v.

STATE OF CONNECTICUT; NED
LAMONT, Governor of Connecticut, in his
official capacity; WILLIAM TONG,
Attorney General of Connecticut, in his
official capacity; PATRICK GRIFFIN,
Chief State's Attorney of Connecticut, in
his official capacity; and ELIOT D.
PRESCOTT, Deputy Chief State's
Attorney, Inspector General, in his official
capacity,

        Defendants.

No. 3:26-cv-758

**MOTION TO SEAL AND ACCEPT
SUBSTITUTE COPIES FOR FILING**

Pursuant to Local Rule 5(e)(3), the United States submits this motion to seal Exhibits 1, 2, and 4 Defendants submitted in support of their opposition to the United States' motion for preliminary injunction (located at ECF 31-1, 31-2, and 31-4) because they contain personally identifiable information (PII) of employees of the Federal Bureau of Investigation (FBI). The United States respectfully requests that the Court accept substitute copies with the appropriate redactions for filing. Defendants do not object to the redaction of the cell phone numbers, but object to the redaction of the names and emails. The bases for this motion are set forth in the accompanying Memorandum in Support of Plaintiff's Motion to Seal and Accept Substitute Copies for Filing and the Declaration of Deborah A. Edwards.

1

**ORAL ARGUMENT NOT REQUESTED**

Dated: July 24, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Deputy Director

ALEXANDRA MCTAGUE SCHULTE
Senior Litigation Counsel

*/s/Alessandra Faso*
ALESSANDRA FASO
Senior Litigation Counsel (IL Bar No. 6326883)
U.S. Department of Justice
Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC  20044-0386
Tel: (202) 451-7728
Email: alessandra.faso@usdoj.gov

*Attorneys for the United States of America*

2

**ORAL ARGUMENT NOT REQUESTED**