**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

THE UNITED STATES OF AMERICA,

        Plaintiff,

    v.

STATE OF CONNECTICUT; NED
LAMONT, Governor of Connecticut, in his
official capacity; WILLIAM TONG,
Attorney General of Connecticut, in his
official capacity; PATRICK GRIFFIN,
Chief State's Attorney of Connecticut, in
his official capacity; and ELIOT D.
PRESCOTT, Deputy Chief State's
Attorney, Inspector General, in his official
capacity,

        Defendants.

No. 3:26-cv-758

**MOTION FOR ENTRY OF
STIPULATED SUPPLEMENTAL
PROTECTIVE ORDER**

On behalf of all parties, Plaintiff respectfully requests that the Court enter the attached proposed supplemental protective order to which all parties have stipulated. The parties have endeavored to set up a process that will allow them to freely exchange potentially sensitive information and facilitate the use and handling of such information for purposes of this litigation in a manner that will not harm privacy interests or law enforcement activities. The parties request that the Court enter the stipulated supplemental protective order attached hereto to supplement the Court's standing protective order, ECF 6.

1

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Deputy Director

ALEXANDRA MCTAGUE SCHULTE
Senior Litigation Counsel

*/s/Alessandra Faso*
ALESSANDRA FASO
Senior Litigation Counsel (IL Bar No. 6326883)
U.S. Department of Justice
Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC  20044-0386
Tel: (202) 451-7728
Email: alessandra.faso@usdoj.gov

*Attorneys for the United States of America*

2