# Exhibit 14

*Ice Firearms And Use of Force
Handbook, Chapter 4
(Filed Under Seal)*

Issue Date: [September 15, 2025]

## Chapter 4: Use of Force Reporting Requirements

### A. General Guidelines

1) Local, State, Tribal, and Federal law enforcement agencies may investigate use of force incidents occurring within their jurisdictions, including those resulting in serious bodily injury or death of an individual (critical incidents). Accordingly, ICE employees involved in a critical incident should anticipate an investigation by other appropriate outside law enforcement authorities. They may be interviewed by law enforcement representatives of those agenc(ies) or subpoenaed to a grand jury or court proceeding.

2) All uses of force shall be documented and investigated pursuant to ICE Directive 19009.3, Firearms and Use of Force (May 26, 2023). As part of their official duties, ICE employees are required to complete reports describing actions taken in an official capacity. ICE employees are afforded all constitutional protections, including due process, the right to counsel, protection against unreasonable searches and seizures, protection against self-incrimination, and will generally not be compelled to produce a statement in the case of an active criminal investigation. ICE bargaining unit employees also have the right to Union representation.

3) Per DHS Policy Statement 044-05 (Revision 01), *Update to the Department Policy on the Use of Force* (Feb. 6, 2023) and related timelines, reportable data elements, and other reporting requirements established by DHS Office of Strategy, Policy, and Plans, ICE will report the following force incidents and data:

   a) Any injury or death to an officer, subject, or bystander;

   b) Any use of deadly force against a person, to include when a firearm is discharged at a person;

   c) Any intentional deployment of an intermediate force/less-than lethal weapon or device against a subject, including ███████ against a subject;

   d) Any use of a vehicle, weapon, or physical tactic or technique that delivers ███████ ███████ to a subject; and

   e) Use of ███████ fire against a maritime vessel or aircraft.

4) ICE shall participate in the Federal Bureau of Investigation's (FBI) National Use of Force Data Collection program and report such data to the FBI in the manner prescribed.

---

FOR OFFICIAL USE ONLY

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER                                                                 ICE 0147

Issue Date: [September 15, 2025]

**B.  Reporting the Use of Intermediate Force**

1)  Authorized Officers

a)  Unless physically incapacitated or otherwise unable, Authorized Officers must orally report to a supervisor any use of ███████████████████ ██████████████████████████████ resulting in any injury within one hour of the time the incident occurred, or as soon as is practical, or within one hour of the time the Authorized Officer becomes aware of the incident, or as soon as is practical.

b)  The verbal report must contain the following information (if known):

i)  Time, date, and location of the incident;

ii)  Names of Authorized Officers involved or present;

iii)  Subject information (*e.g.*, number of subjects, identity, physical description);

iv)  Weapons or techniques used or present;

v)  Nature of the enforcement action that resulted in the use of force or the circumstances surrounding the use of force if not during an enforcement action;

vi)  Witness information;

vii)  Any injuries sustained by either Authorized Officers, subjects, or bystanders; and

viii)  Property damage.

c)  If the intermediate use of force involves the deployment of an ███████ Authorized Officers must also report additional information specified in Appendix III of this Handbook.

2)  Supervisors

When notified about the use of intermediate force, the supervisor must:

a)  Immediately provide a verbal report of the incident to his or her Responsible Official through their established chain of command.

FOR OFFICIAL USE ONLY

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

ICE 0148

Issue Date: [September 15, 2025]

     b) Follow up the verbal report with a written report, through their chain of command, containing all relevant information provided during the verbal report, including any relevant information learned after the verbal report. If the incident involves the deployment of an ▮▮▮▮▮ the written report must also include information listed in Appendix III. The report may be in a memorandum format or may use another written reporting format prescribed by the respective Directorate or Program Office.

     c) Complete an ICE Use of Force, Assaults, and Discharge (UFAD) report, which is associated within the ▮▮▮▮▮▮▮▮▮▮▮ within 48 hours of the incident.

3) OFTP

When notified about the use of intermediate force, OFTP must:

     a) Maintain records and track all reported incidents involving the use of intermediate force weapons.

     b) Make a preliminary assessment, based on all available information, on whether the use of intermediate force adhered to current ICE policy at the time of the incident and document such assessment. If OFTP's preliminary assessment questions or identifies that the use of intermediate force did not comply with current ICE policy, OFTP will refer those incidents to OPR for review.

     c) Report quarterly, or as needed, all intentional uses of intermediate force weapons or any uses of intermediate force that result in serious bodily injury or death to the DHS Office of Strategy, Policy, and Plans.[1]

4) When the use ▮▮▮▮▮▮▮▮▮▮▮ subsequently results in serious bodily injury or death, the incident must be reported using the procedures for reporting the use of deadly force.

## C. Reporting the Use of Deadly Force

1) Authorized Officer

     a) If it is safe and possible to do so, the Authorized Officer must provide a verbal report of the incident to his or her immediate supervisor within one hour of the time a use of deadly force occurs, or as soon as is practical. If it is not safe and

---

[1] This data should be reported to the DHS Office of Strategy, Policy, and Plans along with other requirements outlined in Section (VII)(C) of DHS Policy 044-05 (Revision 01), *Update to the Department Policy on the Use of Force* (Feb. 6, 2023).

FOR OFFICIAL USE ONLY

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

ICE 0149

Issue Date: [September 15, 2025]

possible to do so within this timeframe, the Authorized Officer must provide a verbal report of the incident to his or her immediate supervisor as soon as is possible. The report must contain the following information (if known):

   i)   Time, date, and location of the incident;

   ii)  Names of the Authorized Officers involved or present;

   iii) Subject information (*e.g.*, number of subjects, identity, physical description);

   iv)  Weapons or techniques used or present;

   v)   Nature of the enforcement action that resulted in the use of deadly force, or the circumstances surrounding the use of deadly force if not during an enforcement action;

   vi)  Witness information;

   vii) Any injuries sustained by either Authorized Officers, subjects, or bystanders; and

   viii) Property damage.

b)  If the immediate supervisor is incapacitated or otherwise unavailable, the Authorized Officer must notify another supervisor in his or her direct chain of command or area of responsibility.

2)  Supervisor

a)  Upon notification of a use of deadly force, a supervisor must immediately provide a verbal report of the incident to:

   i)   The Responsible Official and the respective Program Head, through the appropriate chain of command;

   ii)  OPR; and

   iii) The ICE Joint Intelligence Operations Center (JIOC).

b)  The supervisor must ensure that local law enforcement authorities are notified of incidents involving property damage, bodily injury, or death.

c)  The supervisor must follow up the initial verbal report with a written report containing all relevant information provided during the verbal report, including any relevant information learned after the verbal report. Such reports may be in a

---

**ICE Firearms and Use of Force: Chapter 4**                                                    **Page 4**

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER                                                    ICE 0150

Issue Date: [September 15, 2025]

memorandum format or may use the established case reporting format prescribed by their Directorate or Program Office, as long as it contains the required information.

d)  The supervisor must ensure that the written report is sent to OPR, OFTP, and his or her respective Program Head through their chain of command within 48 hours of the incident.

e)  The supervisor must also complete a UFAD report, which is associated with the ████████ within 48 hours of the incident.

f)  The supervisor must provide supplemental written reports, separate from the UFAD report, as additional information is obtained.

3)  If an ICE employee witnesses a deadly force incident during the course of official duties, he or she may be required to submit a written report.

4)  A field office may not conduct an investigation into a use of deadly force incident without first coordinating with and receiving approval from OPR. This does not preclude field office personnel who are at the scene of an incident from preserving evidence and obtaining names and contact information from witnesses on scene for submission to OPR and other agencies conducting an investigation under their primary jurisdiction.[2]

## D.  Discharge of a Firearm

1)  Authorized Officers must report the following firearms discharges in accordance with the reporting requirements for use of deadly force outlined in Chapter 4.C:

a)  Any discharge of an ICE firearm (even if unintentional), including by any person other than an Authorized Officer;

b)  Any discharge of a firearm that is observed as an act of assault against any Authorized Officer or ICE employee, and the assault is, or reasonably appears to be, related to the Authorized Officer's or the ICE employee's ICE employment, must be reported by the Authorized Officer who observes the incident;[3]

---

[2] For more information on responsibilities and procedures related to critical incidents, refer to ICE Directive 1044.2, Response to and Evaluation of Critical Incidents Involving ICE Employees, Non-Employee Status Individuals, and Officers Acting Pursuant to ICE Authority (Mar. 3, 2023), or as updated.
[3] Per ICE Directive 17012.2, Reporting and Investigating Threats and Assaults Against ICE Employees and Facilities (Jan. 29, 2020), or as updated, ICE employees must report any known threat or assault directed against them as a result of their official duties, actions, or employment with ICE.

**ICE Firearms and Use of Force: Chapter 4**                                                    **Page 5**

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

ICE 0151

Issue Date: [September 15, 2025]

    c) Any discharge of a firearm by a law enforcement officer from another agency when the discharge occurs during a multi-agency operation involving the Authorized Officer(s); and

    d) The discharge of ███████████████████ munitions from a ████████
█████████████████████████████████████████████████████

2) Authorized Officers need not report the following firearms discharges:

    a) The intentional discharge of ICE firearms during training (*e.g.*, demonstration, practice, training, and qualification, or competition events) where no personal injury or property damage occurs;[4] and

    b) The discharge of firearms when Authorized Officers are deployed (militarily) and under the control of another department in a foreign country (*e.g.*, under the direction of the Department of Defense during wartime or armed conflicts).

3) Examinations of Firearms by OFTP

    a) If the discharge of an ICE firearm by an Authorized Officer results in personal injury or any property damage, regardless of how minor or who owns the property, the Firearms Coordinator must immediately send the firearm and ammunition to OFTP for examination unless the firearm is required for an ongoing federal, state, local, or tribal law enforcement investigation or legal action.

    b) A shooter-induced, unintentional discharge in which there is no personal injury or property damage and for which the Authorized Officer acknowledges responsibility does not require examination of the firearm by OFTP. However, if an unintentional discharge occurs and the Authorized Officer has a reason to believe that the ICE firearm has malfunctioned, the Firearms Coordinator must immediately send the firearm to OFTP for examination.

    c) Before sending the firearm to OFTP, the Firearms Coordinator must ensure that the firearm and ██████████ are unloaded and that neither were cleaned or altered since the incident. At no time may an ICE firearm be disassembled except by an authorized Equipment Specialist Ordnance (ESO). ████████████████████
████████████████████████████████████████████████████████
█████████████

4) Replacement Firearm

---

[4] Accidental discharges during training must still be reported.

FOR OFFICIAL USE ONLY

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Issue Date: [September 15, 2025]

a) The Responsible Official must issue, or offer the issuance, as soon as practicable, a replacement firearm to an Authorized Officer who relinquished his or her ICE firearm but who nevertheless retains the authority to carry a firearm.

b) The Authorized Officer must demonstrate proficiency via the completion of core firearms training requirements, as outlined in Appendix IV, with the replacement firearm no later than 14 days following the issuance of the replacement firearm, even if the Authorized Officer has already qualified for that quarter.



Acting Assistant Director
Office of Firearms and Tactical Programs
U.S. Immigration and Customs Enforcement

FOR OFFICIAL USE ONLY

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

ICE 0153