**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:26-CV-00758-SVN |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATET OF CONNECTICUT, ET AL. | : | |
| *Defendants.* | : | AUGUST 31, 2026 |

**NOTICE OF CORRECTION**

Undersigned counsel for the Defendants wishes to notify the Court that on page 13 of the Memorandum of Law In Support of Defendants' Motion to Dismiss (ECF No. 30-1), he inadvertently misquoted the case of *Ex Parte Young*. The proper quotation is as follows:

> [T]he use of the name of the State to enforce an unconstitutional act to the injury of complainants is a proceeding without the authority of and one which does not affect the State in its sovereign or governmental capacity. It is simply an illegal act upon the part of a state official in attempting by the use of the name of the State to enforce a legislative enactment which is void because unconstitutional. If the act which the state Attorney General seeks to enforce be a violation of the Federal Constitution, the officer in proceeding under such enactment comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct.

209 U.S. 123, 159-60 (1908). Undersigned counsel apologizes for that error. Nonetheless, the misquotation does not impact Defendants' substantive argument.

Respectfully submitted,
DEFENDANTS,

WILLIAM TONG
ATTORNEY GENERAL

By: /s/ *Timothy Holzman*
Timothy Holzman (ct30420)
Janelle Medeiros (ct30514)
Edward Rowley (ct30701)
Assistant Attorneys General
Attorney General's Office
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Tel: (860) 808-5020
Fax: (860) 808-5347
Janelle.Medeiros@ct.gov
Timothy.Holzman@ct.gov
Edward.Rowley@ct.gov

**CERTIFICATION**

I hereby certify that on August 31, 2026, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

/s/ *Timothy J. Holzman*
Timothy J. Holzman (ct30420)
Assistant Attorney General