**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>STATET OF CONNECTICUT, ET AL.<br>*Defendants.* | :<br>:<br>:<br>:<br>:<br>:<br>: | 3:26-CV-00758-VDO<br><br><br><br><br><br>SEPTEMBER 2, 2026 |

## CERTIFICATION

In accordance with the Court's Order (ECF No. 61), undersigned certifies on behalf of Defendants that he reviewed Defendants' filings—namely, their memorandum of law in support of their motion to dismiss, opposition to Plaintiff's motion for preliminary injunction, and reply brief in support of their motion to dismiss—and did not discover any misquotes of legal authorities of the type noted in Defendants' prior notice (ECF No. 60), and that the legal citations do not misrepresent the law.

Nonetheless, upon re-review of the above filings, Defendants note the following corrections to citations to legal authorities. Undersigned certifies that none of them were the result of use of artificial intelligence in preparing any briefs[1]:

**Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction (ECF No. 31)**

Pg. 5. Conn. Gen. Stat. § 14-22~~3~~3(a)
Pg. 25. *Hernandez v. Mesa*, 589 U.S. ~~91~~93, 110 (2020).
Pg. 25. *Mayo v. United States*, ~~391~~ 319 U.S. 441, 447 (1943)

---

[1] As a further explanation for the error noted in ECF No. 60, undersigned intended on copying language from pages 159-60 of *Ex Parte Young* into Defendants' brief in support of their motion to dismiss, but in so doing, inadvertently copied the summary of that language in the syllabus of the opinion as listed on Lexis Nexis.

Pg. 30 *Oregon v. Ice,* 555 U.S. 160, ~~161~~ 168 (2009).
Pg. 41 § 5~~3~~2a-3(9)'s
Pg. 42 *Perry v. Judd*, 840 F. Supp. 2d 945, 954~~055~~ (E.D. Va. 2012) (6-month delay barred request for injunctive relief).

**Memorandum of Law in Support of Defendants' Motion to Dismiss (ECF No. 30-1)**
Pg. 9. *United States v. Walz,* No. 25-cv-2668 (KMM/DTS), 2026 U.S. Dist. LEXIS 65486, at *8 and n. 4 (D. Minn. Mar. 27, 2026)
Pg. 13. *Whole Woman's Health v. Jackson*, 595 U.S. 30, ~~32~~ 39 (2021)
Pg. 14. *Kane v. De Blasio*, 19 F.4th 152, 174 (2d Cir. 2021) (*quoting* ~~*Ayotte v. Planned Parenthood of N. New England*, 546 U.S. 320, 328 (2006)~~ *Madsen v. Women's Health Ctr.*, 512 U.S. 753, 765 (1994))
Pg. 14. *Armstrong v. Exceptional Child Center, Inc.*, 575 U.S. 320, ~~320~~ 325 (2015)
Pg. 15. ~~*Id.* at 378~~ *FDA v. All. For Hippocratic Med.*, 602 U.S. 367, 378 (2024) (*quoting United States v. Texas,* 599 U.S. 670, 675 (2023))
Pg. 18. *United States v. California*, 819 F. Supp. 3d 1109, 1121 (C.D. Cal. 2026)
Pg. 35. *Drury*, 200 U.S. at ~~26~~8.

**Reply Brief in Support of Defendants' Motion to Dismiss (ECF No. 57)**
Pg. 2. *United States v. California,* No. 2:25-cv-06230-MCS, 2026 U.S. Dist. LEXIS 61221, at *~~4-5~~8 (C.D. Cal. Mar. 18, 2026)
Pg. 8. *Baker v. Grice,* 169 U.S. 284, 291 (1898) ("reasons for the interference" in state prosecutions of federal officials must be "extraordinary" and present "exceptional facts as to justify the interference of the Federal tribunal.")

Respectfully submitted,
DEFENDANTS,

WILLIAM TONG
ATTORNEY GENERAL

By: /s/ *Timothy Holzman*

Timothy Holzman (ct30420)
Janelle Medeiros (ct30514)
Edward Rowley (ct30701)
Assistant Attorneys General
Attorney General's Office
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Tel: (860) 808-5020
Fax: (860) 808-5347
Janelle.Medeiros@ct.gov
Timothy.Holzman@ct.gov
Edward.Rowley@ct.gov

**CERTIFICATION**

I hereby certify that on September 2, 2026, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

/s/ *Timothy J. Holzman*
Timothy J. Holzman (ct30420)
Assistant Attorney General