**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date 9/3/2026

USA

Vs.

State of Connecticut, et al.

Start Time 10:00 am End Time 12:36 pm

Recess (if more than ½ hr) ________ to ________

Total Time 2 hour(s) 36 minute(s)

Case # 3:26-cv-00758-VDO

Honorable Judge Vernon D. Oliver

Deputy Clerk Nicola Kelsey

Counsel for Pla(s) Alessandra Faso

Counsel for Dft(s) Janelle Medeiros/Timothy Holzman/E. Rowley

Reporter/ECRO/Courtsmart Corinne Thomas

Interpreter ________ Language ________

Hearing held ☑ in person ☐ by video ☐ by telephone

**HEARING AND TIME**

| | | |
|---|---|---|
| ■ Motion/Oral Argument 156min | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: ____________ ____ |

**MOTIONS**

■ Motion Motion for Prel Injunction (ECF 12) filed by ■ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement
■ Motion Motion to Dismiss (ECF 30) filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement
☐ Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion ____________ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due ________ ☐ Proposed Findings due ________ Response due ________
☐ Status report due ____________
☐ Hearing continued until ________ at ________

**NOTES**