**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF CONNECTICUT *et al.*,

Defendants.

No. 3:26-cv-758

**MOTION TO WITHDRAW APPEARANCE**

In accordance with Local Rule 7(e), and in light of the undersigned attorney's upcoming departure from the Civil Division of the United States Department of Justice, the undersigned attorney hereby moves to withdraw from representation in this case. Alexandra Schulte will represent the United States in this matter.

Dated: September 11, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

HILARY K. PERKINS
Director, Enforcement & Affirmative Litigation Branch

JACQUELINE COLEMAN SNEAD
Deputy Director, Affirmative Litigation Section

ALEXANDRA MCTAGUE SCHULTE
Senior Litigation Counsel

*/s/Alessandra Faso*
ALESSANDRA FASO
Senior Litigation Counsel (IL Bar No. 6326883)
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044-0386
Tel: (202) 451-7728
Email: alessandra.faso@usdoj.gov