United States District Court for the District of Connecticut
File Number 3:26-cv-00758-VDO

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>State of Connecticut, Ned Lamont, William Tong, Patrick Griffin, and Eliot D. Prescot<br>Defendants. | Notice of Appeal<br><br>September 21, 2026 |

Pursuant to Federal Rule of Appellate Procedure 4, Notice is hereby given that SAIFULLAH KHAN, proposed intervenor-defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the order located at ECF No. 58, denying Plaintiff's Motion to Intervene.

/s/Alexander T. Taubes
Attorney for Saifullah Khan
470 James Street
Suite 007
New Haven, CT 06513
alextt@gmail.com
(203) 909-0048