**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CONNECTICUT *et al.*,<br><br>Defendants. | No. 3:26-cv-758<br><br>**NOTICE OF APPEARANCE** |

Please take notice that undersigned counsel, Charles Thimmesch, Trial Attorney, United States Department of Justice, enters his appearance in the above-captioned matter on behalf of the United States.

Dated: October 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CODY M. POPLIN
Deputy Assistant Attorney General

HILARY K. PERKINS
Director

JACQUELINE COLEMAN SNEAD
Deputy Director

*/s/Charles K. Thimmesch*
CHARLES K. THIMMESCH
Trial Attorney
Enforcement & Affirmative Litigation Branch
U.S. Department of Justice
450 5th Street, NW
Washington, DC 20001
Tel.: (202) 506-0504
Email: charles.k.thimmesch@usdoj.gov

*Attorneys for the United States*