**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CONNECTICUT *et al.*,<br><br>Defendants. | No. 3:26-cv-758<br><br>**MOTION TO WITHDRAW APPEARANCE** |

In accordance with Local Rule 7(e), and because the undersigned attorney is leaving the Department of Justice at the end of the week, the undersigned attorney hereby moves to withdraw from representation of the Plaintiff in this case. Charles Thimmesch will represent the United States in this matter.

Dated: October 28, 2026

Respectfully submitted,

*/s/Alexandra McTague Schulte*
ALEXANDRA MCTAGUE SCHULTE
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044-0386
Email: alexandra.schulte@usdoj.gov