**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>STATE OF CONNECTICUT, *ET AL.*<br>*Defendants*. | :<br>:<br>:<br>:<br>:<br>:<br>: | 3:26-cv-00758-VDO<br><br><br><br><br><br>NOVEMBER 24, 2026 |

**<u>Notice of Appearance</u>**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as counsel for Defendants the State of Connecticut, Governor Ned Lamont, Chief State's Attorney Patrick Griffin, and Inspector General Eliot Prescott in the above-captioned matter.

Dated at Hartford, Connecticut this 24th day of November 2026.

DEFENDANTS,

WILLIAM TONG
ATTORNEY GENERAL

BY: *<u>/s/ Robert J. Deichert</u>*
Robert J. Deichert (ct24956)
Assistant Attorney General
Attorney General's Office
165 Capitol Avenue
Hartford, CT 06106
860-808-5020 (phone)
860-808-5347 (fax)
Robert.Deichert@ct.gov

**Certification**

I hereby certify that on November 24, 2026, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: *<u>/s/ Robert J. Deichert</u>*
Robert J. Deichert
Assistant Attorney General