**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>STATE OF CONNECTICUT, *ET AL.*<br>*Defendants*. | :<br>:<br>:<br>:<br>:<br>:<br>: | 3:26-cv-00758-VDO<br><br><br><br><br><br>NOVEMBER 24, 2026 |

**Defendants' First Motion for an Extension of Time in which to file a Motion for Reconsideration**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure and Rules 6 and 7 of the Federal Rules of Civil Procedure, Defendants the State of Connecticut, Governor Ned Lamont, Chief State's Attorney Patrick Griffin, and Inspector General Eliot Prescott (collectively "Defendants") hereby respectfully request a fourteen (14) day extension of time, through December 11, 2026, in which to file a Motion for Reconsideration of this Court's November 20, 2026 Memorandum and Order (ECF No. 83) ("*Order*"). This Defendants' first Motion for an Extension of Time with respect to this time limitation. Plaintiff **opposes** the requested extension. In support of this Motion, Defendants represent as follows:

1. Plaintiff filed its Complaint in this action on May 15, 2026;
2. Plaintiff then moved for a preliminary injunction on May 22, 2026;
3. Defendants opposed Plaintiff's preliminary injunction and moved to dismiss on July 13, 2026;
4. This Court heard argument on both motions on September 3, 2026;
5. Since argument, two of the three Assistant Attorneys General originally assigned to represent Defendants have left the Attorney General's Office and

withdrawn their Appearances (*see* ECF Nos. 67 & 76). Assistant Attorney General Edward Rowley was the only remaining Assistant Attorney General assigned to this case;

6. The Court issued its 39-page Memorandum and Order granting Defendants' Motion to Dismiss in part and denying it in part and granting Plaintiff's Motion for Preliminary Inunction in Part and denying it in part on Friday, November 20, 2026;
7. District of Connecticut Local Rule 7(c)1 requires motions for reconsideration to be filed within seven (7) days of the decision or order from which relief is sought. Therefore, the current deadline for Defendants to file a Motion for Reconsideration is Friday, November 27, 2026;
8. Assistant Attorney General Rowley—the sole remaining Assistant Attorney General that was assigned to this case during the briefing and argument—left the country for previously-scheduled travel, has been out of the office starting November 23, 2026, and does not plan to return until December 2, 2026, after the current deadline;
9. In Assistant Attorney General Rowley's absence, undersigned counsel has been diligently working to review the briefing and this Court's decision and consult with Defendants regarding the impacts of this Court's decision and potential next steps but the additional time requested will be necessary to allow Defendants to properly assess whether a Motion for Reconsideration is

necessary and appropriate and, if so, prepare the required motion and supporting memorandum;

10. The additional time is further necessary to allow Defendants and others impacted the time to analyze and discuss this Court's preliminary injunction and determine its impact on the recently enacted Supplemental Senate Bill 397, enacted as Public Act 26-14, as well as the broader corpus of Connecticut laws governing criminal law enforcement;

11. The process of meeting and conferring to discuss the impacts of this Court's Order has further been complicated by the short seven-day period allowed for motions for reconsideration, which here includes both a weekend and the Thanksgiving holiday;

12. Defendants respectfully submit that the circumstances set forth above establish good cause for the relatively brief requested extension and make the required particularized showing that the time limitation cannot reasonably be met despite the diligence of the party seeking the extension. *See* D. Conn. L. R. 7(b)1; *see also United States v. Andrews*, No. 3:20-CV-1300 (JCH), 2022 U.S. Dist. LEXIS 48317, at *2 (D. Conn. Mar. 18, 2022) (noting that the court granted the defendants an extension of time to file a motion for reconsideration after it granted a preliminary injunction in favor of the United States); *cf. Hui Wang v. Omni Hotels Mgmt. Corp.*, No. 3:18-cv-2000 (VDO), 2025 U.S. Dist. LEXIS 123212, at *20 (D. Conn. June 27, 2025) (finding a delay of "roughly two

weeks" to be "relatively insignificant" and finding good cause to justify a *nunc pro tunc* extension of time over the non-movant's objection);

13. Defendants understand and acknowledge that motions for extension of time shall be filed at least three (3) business days before the deadline sought to be extended, except in cases in which compelling circumstances warranting an extension arise during the three days before the deadline. *See* D. Conn. L. R. 7(b)3. The compelling nature of the difficulties in coordinating a response given the limited amount of time, assigned counsel being out of the country, and the intervening Thanksgiving holiday did not become evident to Defendants until November 24, 2026—three calendar days and two business days before the deadline—and Defendants filed this Motion as soon as possible after giving Plaintiff a reasonable opportunity to state its position;

14. If the Court grants the requested extension, Defendants do not anticipate requesting any additional extensions of this deadline.

WHEREFORE, Defendants respectfully request a fourteen (14) day extension of time, through December 11, 2026, in which to file a Motion for Reconsideration of this Court's November 20, 2026 Memorandum and Order (ECF No. 83).

Respectfully submitted,

DEFENDANTS

STATE OF CONNECTICUT
GOVERNOR NED LAMONT
CHIEF STATE'S ATTORNEY
PATRICK GRIFFIN
INSPECTOR GENERAL ELIOT
PRESCOTT
WILLIAM TONG
ATTORNEY GENERAL

BY: */s/ Robert J. Deichert*
Robert J. Deichert (ct24956)
Assistant Attorney General
Attorney General's Office
165 Capitol Avenue
Hartford, CT 06106
860-808-5020 (phone)
860-808-5347 (fax)
Robert.Deichert@ct.gov

**Certificate of Service**

I hereby certify that on November 24, 2026 a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Robert J. Deichert*
Robert J. Deichert
Assistant Attorney General